# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

v.                                                                          CRIM. NO. 25-254 (CVR)

**JESUS M. QUIROZ-VILLORIO**

Defendant.

## ORDER OF DETENTION

Defendant was on conditions of supervised release pending trial. See Docket No. 36. On September 18, 2025, the United States Probation Office filed a motion informing of Defendant's violations of his conditions of bail. Docket No. 44. An arrest warrant was issued. Docket No. 46.

The case was called for a bail revocation hearing. The Government moved for revocation of bail and Defendant informed that he would not contest the revocation proceedings. Pursuant to the Bail Reform Act, the Court "shall enter an order of revocation and detention if, after a hearing," the Court finds (1) probable cause to believe that the defendant committed a crime while on release, or clear and convincing evidence that the defendant violated any other condition of release, and that (2) no conditions will reasonably assure that the defendant will not flee or pose a danger or the person is unlikely to abide by conditions of release. 18 U.S.C. § 3148(b). Defendant's bail is revoked and Defendant is ordered detained pending

1

trial, as he has not contested the alleged violations of bail and there are no conditions of release to reasonably assure that he does not pose a risk of flight.

IT IS SO ORDERED.
In San Juan, Puerto Rico, this 23rd day of October, 2025.

                                                s/ Giselle López-Soler
                                                GISELLE LÓPEZ-SOLER
                                                United States Magistrate Judge